FILED
KENNETH J. MURPHY

01 DEC 13 PM 3:00

SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **CARL OEDER & SONS SAND & GRAVEL CO., A DIVISION OF OEDER & SONS GARAGE INCORPORATED, et. al.,** : <br><br> Plaintiffs, : <br><br> v. : <br><br> **VILLAGE OF SOUTH LEBANON, OHIO, et al.,** : <br><br> Defendants. : | Case No. C-1-01-823 <br><br> Judge Susan J. Dlott    4819 |

## STIPULATION AND AGREED ENTRY

Pursuant to agreement and stipulation of the Plaintiffs and Defendant, Thomas Ariss, Warren County Sheriff, the Court hereby **ORDERS** as follows:

1. Defendant, Thomas Ariss, Warren County Sheriff will abide by any Orders related to preliminary and/or final injunctions and declaratory judgments in this matter as they relate to the enforcement of Ordinance Number 2001-12 of the Village of South Lebanon such that if the Ordinance is declared to be invalid, Sheriff Ariss and the Warren County Sheriff's Department will no longer enforce said Ordinance;

2. Plaintiffs will seek no further relief (including damages and attorney fees) from Defendant, Thomas Ariss, Warren County Sheriff in this matter;

3. Defendant, Thomas Ariss, Warren County Sheriff shall be dismissed without prejudice from this action;

::ODMA\GRPWISE\IBLT_DOM.IBLT_PO.IBLT Document Library:110993.1



4. This case continues as to the claims of Plaintiffs against all other defendants.

IT SO ORDERED.

*[signature: Susan J. Dlott]*
UNITED STATES DISTRICT JUDGE

APPROVED:

*[signature]*  
Patrick M. Pickett, Esq.     (0042005)  
E-mail: patrickpickett@isaacbrant.com  
**ISAAC, BRANT, LEDMAN & TEETOR, LLP**  
250 East Broad Street, Suite 900  
Columbus, Ohio 43215-3742  
(614) 221-2121  
Fax (614) 365-9516  
*Attorneys for Defendant Thomas Arisss, Warren County Sheriff*

*[signature] (by telephone consent)*  
for Brian P. Barger, Esq.     (0018908)  
Jack J. Brady, Esq.           (0010146)  
Patricia J. Kleeberger        (0070068)  
**BRADY, COYLE & SCHMIDT, LLP**  
4052 Holland Sylvania Road  
Toledo, Ohio 43623  
(419) 885-3000  
FAX (419) 885-1120  
*Attorneys for Plaintiffs Carl Oeder & Sons Sand & Gravel Co., A Division of Oeder & Sons Garage Incorporated and Timothy Browning*

# CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing Stipulation and Agreed Entry was served on the 7th day of December, 2001, by first class, U.S. Mail, postage prepaid, upon the following parties:

Brian P. Barger, Esq. (0018908)
TRIAL ATTORNEY
Jack J. Brady, Esq. (0010146)
Patricia J. Kleeberger (0070068)
Brady, Coyle & Schmidt, LLP
4052 Holland Sylvania Road
Toledo, Ohio 43623
(419) 885-3000/(419) 885-1120 (Fax)
*Counsel for Plaintiffs*
*Carl Oeder & Sons Sand & Gravel Co.,*
*A Division of Oeder & Sons Garage*
*Incorporated and Timothy Browning*

Shawn M. Blatt (0056051)
TRIAL ATTORNEY
Freund, Freeze & Arnold
One Dayton Centre
1 South Main Street, Suite 1800
Dayton, Ohio 45402-2017
(937) 222-2424
*Counsel for Defendants*
*Village of Lebanon, James Smith, Mayor,*
*and John Louallen, Administrator and*
*Individually*

John C. Quinn (0023636)
201 East Silver Street
P.O. Box 5
Lebanon, Ohio 45036
(513) 932-4931
*Counsel for Defendants*
*Village of Lebanon, James Smith, Mayor,*
*and John Louallen, Administrator and*
*Individually*

_____
Patrick M. Pickett