4819

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (at Cincinnati)

| | | |
|---|---|---|
| **Carl E. Oeder & Sons Sand & Gravel Co., A Division of Oeder & Sons Garage Incorporated, et al.** | * | Case No. C-1-01-823 |
| | * | Judge Susan J. Dlott |
| Plaintiffs, | * | **PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED.R.CIV. P. 26(a)(1)** |
| vs. | * | |
| **Village of South Lebanon, Ohio, et al.,** | * | |
| Defendants. | * | |

Now come Plaintiffs, Carl Oeder & Sons Sand & Gravel Co., a Division of Oeder & Sons Garage Incorporated, and Timothy Browning, by and through their attorneys, the law offices of Brady, Coyle & Schmidt, LLP, and pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and in accordance with the Joint Discovery Plan hereby respectfully submit the following initial disclosures.

## I. Identification of Persons with Information Relevant to Disputed Facts.

1. Carl E. Oeder
   3980 Turtlecreek Road
   Lebanon, Ohio 45036

   Mr. Oeder has information relative to Plaintiff Oeder's operations and the impact of the ordinance on the operations.

2. David Oeder
   3980 Turtlecreek Road
   Lebanon, Ohio 45036

   Mr. Oeder has information relative to Plaintiff Oeder's operations and the impact of the ordinance on the operations.

3. Timothy Browing
   3980 Turtlecreek Road
   Lebanon, Ohio 45036

   Mr. Browning has information relative to the impact of the ordinance on his trucking activities and a description of his trucking activities while driving for Plaintiff Oeder.

4. Accountant for Plaintiff Oeder
   Will supplement

   The accountant has information relative to the damages that Plaintiff Oeder has sustained as a result of the ordinance.

5. James Smith
   Mayor of the Village of South
   Lebanon, Ohio
   99 North High Street
   South Lebanon, Ohio 45065

   Mr. Smith has information relative to the background and passage of the ordinance and the enforcement of the ordinance.

6. John Louallen, Individually,
   and as Village Administrator
   99 North High Street
   South Lebanon, Ohio 45065

   Mr. Louallen has information relative to the background and passage of the ordinance and the enforcement of the ordinance.

7. Kevin Hill
   424 Mary Lane
   South Lebanon, Ohio 45065

   Mr. Hill has information relative to the facts and circumstances surrounding the ticket that was issued to him for driving a truck through the Village.

8. Jimmy Amburgy
   118 E. Broadway Street
   South Lebanon, Ohio 45065

   Mr. Amburgy has information relative to the facts and circumstances surrounding the ticket that was issued to him for driving a truck through the Village.

## II. Description of Documents in Plaintiffs' Possession, Custody, or Control Relevant to Disputed Facts.

1. Ordinance No. 2001-12 which was attached to Plaintiffs' Complaint.

2. Ticket No. 03310 issued to Kevin Hill, a copy of which is attached hereto.

3. Ticket No. _2854 issued to Jimmy Amburgy, a copy of which is attached hereto.

## III     Computation of Damages

1. Plaintiff Oeder alleges that it has suffered economic loss as a result of the ordinance, mostly in lost profits. Although it is uncertain as to the exact amount of damages it has sustained, Plaintiff Oeder estimates that it has suffered over $150,000.00 in lost profits. Plaintiff Oeder also alleges that it has incurred extreme costs in added expenses as a result of the ordinance in an estimated amount exceeding $100,000.00. Plaintiff Oeder intends to retain an expert to more definitively ascertain the full measure of the damages Plaintiff Oeder has suffered.

2. Plaintiff Browning's damages relate to the ordinance's interference with his ability to use his truck to haul material. Plaintiff Browning also intends to retain an expert to more definitively ascertain the full measure of the damages he has suffered.

## IV     Insurance Agreements

1. N/A.

Respectfully submitted,

**BRADY, COYLE & SCHMIDT, LLP**

By _Jack J. Brady/PK_____
      Jack J. Brady (0010746)
      Jjbrady@bcslawyers.com
      **TRIAL ATTORNEY**

By _Brian P. Barger_____
      Brian P. Barger (0018908)
      Bpbarger@bcslawyers.com

By _Patricia J Kleeberger_____
      Patricia J. Kleeberger (0070068)

Pjkleeberger@bcslawyers.com
4052 Holland-Sylvania Road
Toledo, Ohio 43624
(419) 885-3000 (Phone)
(419) 885-1120 (Fax)
Attorneys for Plaintiffs Carl E. Oeder & Sons
Sand & Gravel Co., A Division of Oeder & Sons
Garage Incorporated, and Timothy Browning


**KEATING, MUETHING & KLEKAMP, PLL**

By /s/ Daniel J. Donnellon *(per telephone consent)*
    Daniel J. Donnellon (0036726)

By /s/ Thomas M. Tepe, Jr. *(per telephone consent)*
    Thomas M. Tepe, Jr. (0071313)
    1400 Provident Tower
    One East Fourth Street
    Cincinnati, Ohio 45202
    (513) 579-6400
    (513) 579-6457 (Fax)
    Local Counsel for Plaintiffs Carl E. Oeder &
    Sons Sand & Gravel Co., a Division of Oeder &
    Sons Garage Incorporated, and Timothy
    Browning

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiffs' Initial Disclosures Pursuant to Fed.R.Civ.

P. 26(a)(1) was sent this 22nd day of February, 2002, via ordinary U.S. Mail, to the following:

Shawn M. Blatt  (0056051)
**TRIAL ATTORNEY**
Freund, Freeze & Arnold
One Dayton Centre
1 South Main Street, Suite 1800
Dayton, Ohio 45402-2017
*Attorney for Defendants*
*Village of South Lebanon, James Smith, Mayor,*
*and John Louallen, Administrator and Individually*


John C. Quinn (0023636)
301 East Silver Street
P.O. Box 5
Lebanon, Ohio 45036
*Attorney for Defendants*
*Village of South Lebanon, James Smith, Mayor,*
*and John Louallen, Administrator and Individually*

Patricia J. Kleeberger (0070068)
Attorney for Plaintiffs

MAYOR'S COURT — WARREN COUNTY, OHIO     NO. 03310

STATE OF OHIO — SOUTH LEBANON
☐ City  ☐ Village  ☐ Township

CASE NO. ____

NAME: KEVIN A. HILL
STREET: 424 MARY LN
CITY, STATE: SOUTH LEBANON OH  ZIP 45065
LICENSE ISSUED MO. 4 YR. 00 EXPIRES BIRTHDATE 20 04 STATE OH
SSN: 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  D.O.B. MO. 04 DAY 30 YR. 55

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | FINANCIAL RESPONSIBILITY PROOF SHOWN |
|------|-----|--------|--------|------|------|------|
| W | M | 6 01 | 120 | BRO | BLU | ☒ Yes  ☐ No |

LICENSE NO. RN 103261

Lic. Class A  ___ DOT # ___  ☐ Does Not Apply

### TO DEFENDANT: COMPLAINT

ON 09 11 20 01 AT 3:32 P M. YOU/OPERATED/PARKED/WALKED/A
☐ Pass  ☐ Comm.  ☐ Cycle  ☒ Over 26001  ☐ Bus  ☐ Haz. Mat.
VEHICLE: YR. 96  MAKE MACK  BODY TYPE TRUCK
COLOR WHITE  LIC. PAX 8061  STATE OH
UPON A PUBLIC HIGHWAY, NAMELY FOREST
AT BETWEEN MARY ELLEN  (M.P.)
IN THE VILLAGE OF S. LEBANON IN WARREN
COUNTY (NO. 83 ). STATE OF OHIO AND COMMITTED THE FOLLOWING OFFENSE(S).

| | | ORC | ORD | T.P. |
|---|---|---|---|---|
| SPEED: ___ MPH in ___ MPH zone | | ☐ | ☐ | ☐ |
| ☐ Over limits ☐ Unsafe for cond. ☐ ACDA | | | | |
| ☐ Radar ☐ Air ☐ VASCAR ☐ Pace ☐ Laser ☐ Stationary ☐ Moving | | | | |
| OMVI: ☐ Under the influence of alcohol/drug of abuse | | ☐ | ☐ | ☐ |
| ☐ Prohibited blood alcohol concentration ___ BAC | | | | |
| ☐ Blood ☐ Breath ☐ Urine ☐ Refused | | | | |
| DRIVER LICENSE: ☐ None ☐ Revoked ☐ Suspended | | ☐ | ☐ | ☐ |
| ☐ Not on person Expired: ☐ 6 mos. or less ☐ Over 6 mos. Suspension Type ___ | | | | |
| SAFETY BELT – Failure to wear | | ☐ | ☐ | ☐ |
| ☐ Driver ☐ Passenger ☐ Child Restraint | | | | |
| OTHER OFFENSE ___ TRAFFIC CONTROL | | ☐ ORC ☒ ORD 70.20 | | ☐ T.P. |
| OTHER OFFENSE ___ | | ☐ | ☐ | ☐ |

☐ DRIVER LICENSE HELD  ☐ VEHICLE SEIZED  ARREST CODE ___
PAVEMENT: ☒ Dry ☐ Wet ☐ Snow ☐ Icy # of Lanes 2 ☐ Const. Zone
VISIBILITY: ☒ Clear ☐ Cloudy ☐ Dusk ☐ Night
WEATHER: ☐ Rain ☐ Snow ☐ Fog ☒ No Adverse
TRAFFIC: ☐ Heavy ☐ Moderate ☒ Light ☐ None
AREA: ☐ Business ☐ Rural ☒ Residential ☐ Industry ☐ School
CRASH: ☐ Yes ☒ No ☐ Almost Caused ☐ Injury ☐ Non-Injury ☐ Fatal
☐ Crash Report Number: ___
REMARKS ___

ACCOMPANYING CRIMINAL CHARGE ☐ Yes ☒ No  TOTAL # OFFENSES 1

### TO DEFENDANT: SUMMONS ☐ PERSONAL APPEARANCE REQUIRED

You are summoned and ordered to appear at MAYOR'S Court
103 W. FOREST AVE. P.O. BOX 24  2296
S. LEBANON, OH 45065 PH. 494-1062 at 9A M.

9 ___ 20 01 If you fail to appear at this time and place you may be arrested or license may be cancelled.

Summons served personally on the defendant on 09 11 20 01
Issuing-charging law enforcement officer states under the penalties of perjury and falsification he/she has read the above complaint and that it is true.

| Court Code | Unit | Post | Dist. |
|---|---|---|---|
| 8351 | 584 | 50 | 9 |

NOTE: ISSUING OFFICER BE SURE TO VERIFY ADDRESS, IF DIFFERENT FROM LICENSE ADDRESS WRITE PRESENT ADDRESS IN SPACE PROVIDED     OSHP HP7
DEFENDANT'S COPY

---

## Right Citation

MAYOR'S COURT — WARREN COUNTY, OHIO     NO. 2854

STATE OF OHIO — SOUTH LEBANON
☐ City  ☐ Village  ☐ Township

CASE NO. ____

NAME: JIMMY R. AMBURGY
STREET: 118 E. BROADWAY ST.
CITY, STATE: S. LEBANON Ohio  ZIP 45065
LICENSE ISSUED MO. 1 YR. 01 EXPIRES BIRTHDATE 2005 STATE Ohio
SSN: 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  D.O.B. MO. 1 DAY 4 YR. 48

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | FINANCIAL RESPONSIBILITY PROOF SHOWN |
|------|-----|--------|--------|------|------|------|
| W | M | 5 10 | 185 | BRO | HAZ | ☐ Yes  ☐ No |

LICENSE NO. AQ550832

Lic. Class A  ___ DOT # ___  ☐ Does Not Apply

### TO DEFENDANT: COMPLAINT

ON 09 11 2001 AT 3:15 P M. YOU/OPERATED/PARKED/WALKED/A
☐ Pass  ☐ Comm.  ☐ Cycle  ☒ Over 26001  ☐ Bus  ☐ Haz. Mat.
VEHICLE: YR. 2001  MAKE MAC  BODY TYPE TRUCK
COLOR WHITE  LIC. DCP 4343 +  STATE Ohio
UPON A PUBLIC HIGHWAY, NAMELY TMD 594 Tel. Pine St
AT BETWEEN MAIN ST.  (M.P.)
IN THE VILLAGE OF S. LEBANON IN WARREN
COUNTY (NO. 83 ). STATE OF OHIO AND COMMITTED THE FOLLOWING OFFENSE(S).

| | | ORC | ORD | T.P. |
|---|---|---|---|---|
| SPEED: ___ MPH in ___ MPH zone | | ☐ | ☐ | ☐ |
| ☐ Over limits ☐ Unsafe for cond. ☐ ACDA | | | | |
| ☐ Radar ☐ Air ☐ VASCAR ☐ Pace ☐ Laser ☐ Stationary ☐ Moving | | | | |
| OMVI: ☐ Under the influence of alcohol/drug of abuse | | ☐ | ☐ | ☐ |
| ☐ Prohibited blood alcohol concentration ___ BAC | | | | |
| ☐ Blood ☐ Breath ☐ Urine ☐ Refused | | | | |
| DRIVER LICENSE: ☐ None ☐ Revoked ☐ Suspended | | ☐ | ☐ | ☐ |
| ☐ Not on person Expired: ☐ 6 mos. or less ☐ Over 6 mos. Suspension Type ___ | | | | |
| SAFETY BELT – Failure to wear | | ☐ | ☐ | ☐ |
| ☐ Driver ☐ Passenger ☐ Child Restraint | | | | |
| ☒ OTHER OFFENSE ___ Traffic Control Device | | ☐ ORC ☒ ORD MD.50 | | ☐ T.P. |
| OTHER OFFENSE ___ | | ☐ | ☐ | ☐ |

☐ DRIVER LICENSE HELD  ☐ VEHICLE SEIZED  ARREST CODE ___
PAVEMENT: ☒ Dry ☐ Wet ☐ Snow ☐ Icy # of Lanes ___ ☐ Const. Zone
VISIBILITY: ☒ Clear ☐ Cloudy ☐ Dusk ☐ Night
WEATHER: ☐ Rain ☐ Snow ☐ Fog ☒ No Adverse
TRAFFIC: ☐ Heavy ☒ Moderate ☐ Light ☐ None
AREA: ☐ Business ☐ Rural ☒ Residential ☐ Industry ☐ School
CRASH: ☐ Yes ☒ No ☐ Almost Caused ☐ Injury ☐ Non-Injury ☐ Fatal
☐ Crash Report Number: ___
☐ REMARKS ___

ACCOMPANYING CRIMINAL CHARGE ☐ Yes ☒ No  TOTAL # OFFENSES 1

### TO DEFENDANT: SUMMONS ☐ PERSONAL APPEARANCE REQUIRED

You are summoned and ordered to appear at MAYOR'S Court
103 W. FOREST AVE. P.O. BOX 24
S. LEBANON, OH 45065 PH. 494-1062 at 9am M.

9-11 20 01 If you fail to appear at this time and place you may be arrested or your license may be cancelled.

This summons served personally on the defendant on 09 11 2001
The issuing-charging law enforcement officer states under the penalties of perjury and falsification that he/she has read the above complaint and that it is true.

| Court Code | Unit | Post | Dist. |
|---|---|---|---|
| 8351 | 515 | 50 | 9 |

NOTE: ISSUING OFFICER BE SURE TO VERIFY ADDRESS, IF DIFFERENT FROM LICENSE ADDRESS WRITE PRESENT ADDRESS IN SPACE PROVIDED     OSHP HP7
DEFENDANT'S COPY