
4819

FILED KENNETH J. MURPHY CLERK  2002 AUG -1 PM 2:06  U.S. DISTRICT COURT SOUTHERN DIST OF OHIO WEST DIV CINCINNATI

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (at Cincinnati)

| | | |
|---|---|---|
| Carl E. Oeder & Sons Sand & Gravel Co., A Division of Oeder & Sons Garage Incorporated, et al. | * | Case No. C-1-01-823 |
| | * | Judge Susan J. Dlott |
| Plaintiffs, | * | **PLAINTIFFS' DISCLOSURE OF EXPERT WITNESS** |
| vs. | * | |
| Village of South Lebanon, Ohio, et al., | * | |
| Defendants. | * | |

Now come Plaintiffs, Carl Oeder & Sons Sand & Gravel Co., a Division of Oeder & Sons Garage Incorporated, and Timothy Browning, by and through their attorneys, the law offices of Brady, Coyle & Schmidt, LLP, and pursuant to the scheduling order of this Court, identify the following as an expert witness in this case:

1. Tom Titus, C.P.A.

                              Respectfully submitted,

                              BRADY, COYLE & SCHMIDT, LLP

                              By /s/ Jack J. Brady/pk
                                   Jack J. Brady (0070146)
                                   jjbrady@bcslawyers.com
                                   **TRIAL ATTORNEY**

By *[signature]*
Brian P. Barger (0018908)
bpbarger@bcslawyers.com

By *[signature]*
Patricia J. Kleeberger (0070068)
pjkleeberger@bcslawyers.com
4052 Holland-Sylvania Road
Toledo, Ohio 43624
(419) 885-3000 (Phone)
(419) 885-1120 (Fax)
Attorneys for Plaintiffs Carl E. Oeder & Sons Sand & Gravel Co., A Division of Oeder & Sons Garage Incorporated, and Timothy Browning

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing *Plaintiffs' Disclosure of Expert Witness* was sent this 30th day of July, 2002, via ordinary U.S. Mail, to the following:

Shawn M. Blatt (0056051)
**TRIAL ATTORNEY**
Freund, Freeze & Arnold
One Dayton Centre
1 South Main Street, Suite 1800
Dayton, Ohio 45402-2017
*Attorney for Defendants Village of South Lebanon, James Smith, Mayor, and John Louallen, Administrator and Individually*

Law Director
301 East Silver Street
P.O. Box 5
Lebanon, Ohio 45036
*Attorney for Defendants Village of South Lebanon, James Smith, Mayor, and John Louallen, Administrator and Individually*

*[signature]*
Patricia J. Kleeberger (0070068)
Attorney for Plaintiffs