

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (at Cincinnati)

| | | |
|---|---|---|
| CARL OEDER & SONS SAND & GRAVEL CO., et al. | : | CASE NO. C-1-01-823 |
| | : | |
| Plaintiffs, | : | (Judge Susan J. Dlott) |
| | : | |
| vs. | | |
| | : | **DEFENDANTS, VILLAGE OF SOUTH** |
| VILLAGE OF SOUTH LEBANON, OHIO, et al. | | **LEBANON, JAMES SMITH, MAYOR** |
| | : | **AND JOHN LOUALLEN'S** |
| | | **DISCLOSURE OF EXPERT** |
| Defendants. | : | **WITNESSES** |

Pursuant to the Scheduling Order, Defendants, Village of South Lebanon, James Smith, Mayor and John Louallen, hereby designate the following expert witnesses:

Alan Duvall, C.P.A.
Duvall & Associates
345 West Second Street
Dayton, Ohio 45402

Greg Toman, C.P.A.
Kentner & Sellers, LLP
801 Falls Creek Drive
Vandalia, Ohio 45377

Defendants, Village of South Lebanon, James Smith, Mayor and John Louallen, also designate as experts each of the experts designated by Plaintiffs and Co-Defendants, to be questioned as on cross-examination if called by Defendants, Village of South Lebanon, James Smith, Mayor and John Louallen.

Respectfully submitted,

Shawn M. Blatt (#0056051)
FREUND, FREEZE & ARNOLD
One Dayton Centre
1 South Main Street, Suite 1800
Dayton, Ohio 45402-2017
(937) 222-2424
Attorney for Defendants, Village of South Lebanon, James Smith, Mayor and John Louallen

## CERTIFICATE OF SERVICE

    It is hereby certified that a copy of the foregoing was served upon **Jack J. Brady, Brian P. Barger, and Patricia J. Kleeberger**, BRADY, COYLE & SCHMIDT, LLP, 4052 Holland-Sylvania Road, Toledo, Ohio 43624, and **Daniel Donnellon and Thomas M. Tepe, Jr.**, KEATING, MUETHING & KLEKAMP, PLL, 1400 Provident Tower, One East Fourth Street, Cincinnati, Ohio 45202, Attorneys for Plaintiffs; by regular U.S. mail, this ___ day of August, 2002.

_____
Shawn M. Blatt

**FREUND, FREEZE & ARNOLD**
A Legal Professional Association