03 AUG -4 PM 1:54



IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (at Cincinnati)

| | | |
|---|---|---|
| Carl E. Oeder & Sons Sand & Gravel Co., etc., et al. | * | Case No. C-1-01-823 |
| | * | Judge Susan J. Dlott |
| Plaintiffs, | * | **PLAINTIFFS' NOTICE OF PRODUCTION OF EXPERT REPORT** |
| vs. | * | |
| Village of South Lebanon, Ohio, et al., | * | |
| Defendants. | * | |

Now come Plaintiffs, Carl Oeder & Sons Sand & Gravel Co., a Division of Oeder & Sons Garage Incorporated, and Timothy Browning, by and through their attorneys, the law offices of Brady, Coyle & Schmidt, LLP, and provide notice to this Court that the expert report for the instant case was previously provided to counsel for the Village of South Lebanon on or about the 23rd day of January, 2003. Plaintiffs' counsel states to this Court that said report was previously forwarded to defense counsel in a state court action regarding the Village of South Lebanon by attorney M. Michele Fleming in the matter of *Jimmy Amburgy, et al. v.*

*Village of South Lebanon, Ohio*, Warren County Court of Common Pleas, Case No. *01 CV 58008.*

        Respectfully submitted,

        **BRADY, COYLE & SCHMIDT, LLP**

By *[signature]*
    Jack J. Brady (0010146)
    Jjbrady@bcslawyers.com
    **TRIAL ATTORNEY**

By *[signature]*
    Brian P. Barger (0018908)
    Bpbarger@bcslawyers.com

By *[signature]*
    Patricia J. Kleeberger (0070068)
    Pjkleeberger@bcslawyers.com
    4052 Holland-Sylvania Road
    Toledo, Ohio 43624
    (419) 885-3000 (Phone)
    (419) 885-1120 (Fax)
    Attorneys for Plaintiffs Carl E. Oeder & Sons Sand & Gravel Co., A Division of Oeder & Sons Garage Incorporated, and Timothy Browning

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing *Plaintiffs' Notice of Production of Expert Report* was sent this 31st day of July, 2003, via ordinary U.S. Mail, to the following:

Shawn M. Blatt (0056051)
**TRIAL ATTORNEY**
Freund, Freeze & Arnold
One Dayton Centre
1 South Main Street, Suite 1800
Dayton, Ohio 45402-2017
*Attorney for Defendants*
*Village of South Lebanon, James Smith, Mayor,*
*and John Louallen, Administrator and Individually*


Law Director
301 East Silver Street
P.O. Box 5
Lebanon, Ohio 45036
*Attorney for Defendants*
*Village of South Lebanon, James Smith, Mayor,*
*and John Louallen, Administrator and Individually*

                                      *Patricia J. Kleeberger*
                                      Patricia J. Kleeberger (0070068)
                                      Attorney for Plaintiffs