IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CARL OEDER & SONS SAND & GRAVEL, et al., | : | |
| | : | |
| Plaintiffs, | | Case No. 1:01CV823 |
| | : | |
| -vs- | | |
| | : | District Judge Susan J. Dlott |
| VILLAGE OF SOUTH LEBANON, OHIO, et al., | | Magistrate Judge Sharon L. Ovington |
| | : | |
| Defendants. | : | |

## ORDER

Pursuant to agreement of the parties, a mediation session for this case was held on Tuesday, November 18, 2003. The parties reached an agreement to settle this case.


December 12, 2003                             s/Sharon L. Ovington
                                              Sharon L. Ovington
                                              United States Magistrate Judge